IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:14CR73 |
| | § | Judge Crone |
| JOSE FERNANDO VILLAQUIRAN | § | |
| a.k.a. Pastuso | § | |

**<u>GOVERNMENT'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE</u>**

The United States, by and through the Assistant U.S. Attorney for the Eastern District of Texas, files its Motion to Continue the pre-trial conference which is presently scheduled for July 6, 2015, and in support thereof would respectfully show as follows:

I.

A First Superseding Indictment was filed in this case on April 9, 2014. Two co-defendants are scheduled to arrive in our district on August 26, 2015. Also, the government would request additional time to apprehend additional fugitives in this case.

II.

This motion is not made for delay but so that justice may be done.

The government hereby respectfully requests that this Court enter an Order continuing the pre-trial conference as to this matter.

**Government's Motion to Continue Jury Trial – Page 1**

<pre>
                              Respectfully submitted,

                              JOHN M. BALES
                              United States Attorney

                              ___/s/_____
                              ERNEST GONZALEZ
                              Assistant United States Attorney
                              Texas Bar No. 00789318
                              101 E. Park Blvd., Suite 500
                              Plano, Texas 75074
                              (972) 509-1201
                              (972) 509-1209 (fax)
                              Ernest.Gonzalez@usdoj.gov
</pre>

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with defense counsel and he is unopposed to the continuance.

<pre>
                              ___/s/_____
                              ERNEST GONZALEZ
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on August 19, 2015.

<pre>
                              ___/s/_____
                              ERNEST GONZALEZ
</pre>